# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, A.C. RUGH, S.A. DOMINGUEZ**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### SANTIAGO QUINTERO
### LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201500412
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 25 August 2015.
**Military Judge**: Col J.K. Carberry, USMC.
**Convening Authority**: Commanding Officer, Marine Medium Tiltrotor Squadron 364, Marine Aircraft Group 39, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: Col D.K. Margolin, USMC.
**For Appellant**: CDR Christopher Geis, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

### 29 February 2016

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court